**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DIANE JONES,                                                              PLAINTIFF
ADC #706096

v.                                        No. 1:06CV00014JLH/HLJ

SGT. DEEN, *et al.*                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE